# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR346 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JEROME A. JACKSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael F. Maloney and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Jerome A. Jackson (Jackson) (Filing No. 12).  Mr. Maloney represents he has a conflict of interest in this matter as he recently determined he has a relationship with a person who may be a witness in these proceedings. Mr. Maloney's motion to withdraw (Filing No. 12) is granted.  David A. Christensen, 11605 Miracle Hills Drive, Suite 300, Omaha, NE 68154, (402) 492-9800, is appointed to represent Jackson for the balance of these proceedings pursuant to the Criminal Justice Act.  Mr. Maloney shall forthwith provide Mr. Christensen with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Jackson's defense.

The clerk shall provide a copy of this order to Mr. Christensen.  Mr. Christensen shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 1st day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge